United States District Court
Southern District of Texas

**ENTERED**

October 05, 2020

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT SANDERS, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-04561 |
| | § | |
| SOUTHWESTERN BELL TELEPHON | § | |
| COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On September 9, 2020, Defendant's Motion to Dismiss Plaintiff's Original Complaint (Dkt. 14) was referred to United States Magistrate Judge Andrew M. Edison pursuant to 28 U.S.C. § 636(b)(1)(B).  Dkt. 26.  On September 18, 2020, Judge Edison filed a Memorandum and Recommendation (Dkt. 27) recommending that Defendant's Motion to Dismiss Plaintiff's Original Complaint (Dkt. 14) be **DENIED**.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record.  28 U.S.C. § 636(b)(1); *see also*, FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record.  Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1)     Judge Edison's Memorandum and Recommendation (Dkt. 27) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

(2)    Defendant's Motion to Dismiss Plaintiff's Original Complaint (Dkt. 14) is
        **DENIED**.

It is so **ORDERED**.

SIGNED and ENTERED this 5th day of October 2020.


_____
        GEORGE C. HANKS, JR.
    UNITED STATES DISTRICT JUDGE